RECEIVED
DEC 13 2013
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Maurice Walker,
1199258

(Enter above the full name of the
Plaintiff(s) in this action. Include prison
registration number(s).)

v.

Thomas R. Kane
~~000~~ Missouri
Department of
Corrections
George A. Lombardi

(Enter above the full name of ALL Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk)

Jery Trial
Demanded

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT:
    Northeast Corrections

II. PREVIOUS CIVIL ACTIONS:

    A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

        YES [ ]    NO [✓]

**RECEIVED**

DEC 13 2013

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Maurice Walker
1199258
)
)
)
)
_____)
(Enter above the full name of the  )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
)
v. )
Tom Villmer )
Amy Roderick ) Case No. _____
Doug Barker ) (To be assigned by Clerk)
Dale White )
Jerome Nash #172701 ) Jury Trial Demanded
)
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT:
    Bowling Green MO

II. PREVIOUS CIVIL ACTIONS:

   A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

   YES [ ]          NO [✓]

B.  If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

  1. Parties to previous civil action:

     Plaintiff(s): _____

     Defendant(s): _____

  2. Court where filed: _____

  3. Docket or case number: _____

  4. Name of Judge: _____

  5. Basic claim made: _____

  6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): _____

III. GRIEVANCE PROCEDURES:

A.  Is there a prisoner grievance procedure at the institution in which you are incarcerated?

     YES [✓]          NO [ ]

B.  Have you presented this grievance system the facts which are at issue in this complaint?

     YES [✓]          NO [ ]

C. If your answer to "B" is YES, what steps did you take: **Yes I did the Informal Resolution Request.**

D. If your answer to "B" is NO, explain why you have not used the grievance system:

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: **Maurice Walker**
2. Plaintiff's address: **13968 Airport Rds. Bowling Green MO 63334**
3. Registration number: **1199258**
4. Additional Plaintiff(s) and address(es):

B. Defendant(s)

1. Name of Defendant: **Dale White**
2. Defendant's address: **1012 W. Columbia St, Farmington MO 63640**
3. Defendant's employer and job title: **Correctional Officer 1**
4. Additional Defendant(s) and address(es):

C.  If your answer to "B" is YES, what steps did you take: **I did the IRR foam from beginging to the end.**

D.  If your answer to "B" is NO, explain why you have not used the grievance system:

IV. PARTIES TO THIS ACTION:

A.  Plaintiff(s)

1.  Name of Plaintiff: **Maurice Walker**
2.  Plaintiff's address: **13698 Airport Rd**
3.  Registration number: **1199258**
4.  Additional Plaintiff(s) and address(es): **Bowling Green MO 63334**

B.  Defendant(s)

1.  Name of Defendant: **Missouri Department of Corrections**
2.  Defendant's address: **2729 Plaza Drive P.O. Box 236**
3.  Defendant's employer and job title: **that Center office**
4.  Additional Defendant(s) and address(es): **Doug Barker, 1012 W. Columbia St. Farmington MO 63640 Caseworker    Jefferson City MO 65102**

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]        NO [✓]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [✓]        NO [ ]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        Lawrence J. F Leming
        2001 South Big Bend Blvd.
        St. Lorus, MO 63117

    D. If your answer to "B" is NO, explain why you have not made such efforts:

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]        NO [✓]

    F. If your answer to "E" is YES, state the attorney's name and address:

See the blue paper for details of what took place.

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

That I was sexually assualt at FCC and by Jerome Nash #172701. the incident took place after 10 p.m. Count, On July 3, 2012, Inmate Nash had moved into my cell and I was imediately apprehensive of him, I took the proper steps of notifing staff of my feeling. I spoke to Mr. Doug Barker the case worker for six house, Inmate Nash proceeded to get undress, but ended up getting completly naked, then I was laying on my stomach, when he pulled my sheets off me and forced himself on top of me. Sine my face was in my pillow my attempted cries for help were muffled and went unheard. When he was ~~finished~~ done he clean up. But I have included my statement to court to.

VII.  **RELIEF**

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

If possible to not get let this happen to other inmate. I want this to stop in the prison system, that no one will harrassment me in D.O.C, caseworkers, fum, or officers.

VIII.  **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ✓    NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

8.5 million because that they did not protect me from getting hurt.

IX.  Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]    NO [ ]

Maurice Walker
_____
Signature of attorney or pro se Plaintiff(s)

12-4-13
_____
Date

-6-

Beth L Gibson

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want this to stop and in help with a lawyer.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I think 8.5 million for damages case cause me to relive that night mare and I'm hurting over this.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ]   NO [✓]

Maurice Walker
1199259

9-16-13

Signature of attorney or pro se Plaintiff(s)     Date

-6-

[Notary Seal: BETH L. GIBSON, MY COMMISSION EXPIRES 5/02/2014, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #10965005, PIKE COUNTY, STATE OF MISSOURI]