# United States District Court
EASTERN DISTRICT OF MISSOURI

MAURICE WALKER,

      Plaintiff,

      v.            CASE NUMBER: 4:13CV2498 CDP

CATHERINE AMONDS and
DALE WHITE,

      Defendants.

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Maurice Walker recover nothing, the action be dismissed on the merits, and each side bear their own costs.

                                              Gregory J. Linhares
                                              CLERK OF COURT

January 17, 2017
DATE

                                By:    /s/ Melanie Berg
                                          DEPUTY CLERK