UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICE WALKER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:13-CV-2498-CDP<br>) |
| THOMAS R. KANE, et al., | )<br>) |
| Defendants. | )<br>) |

## MEMORANDUM AND ORDER

Plaintiff submitted a notice of appeal without either paying the filing fee or submitting a motion to proceed in forma pauperis. The United States Court of Appeals for the Eighth Circuit has remanded the case for a determination of plaintiff's in forma pauperis status.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $505 appellate filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form "Motion to Proceed in Forma Pauperis - Prisoner Cases."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will deny in forma pauperis status.

Dated this 16th day of February, 2017.

                                                            **CATHERINE D. PERRY**
                                                            **UNITED STATES DISTRICT JUDGE**