UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-2498 CDP |
| | ) | |
| THOMAS R. KANE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

The Court has granted plaintiff's motion for leave to proceed in forma pauperis on appeal, and so he must pay an initial partial filing fee of 11.00, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $11.00 within fourteen (14) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

Dated this 20th day of March, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE